**Order entered January 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01576-CV

### IN RE NASROLLAH (JEFF) JAFARZADEH, Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-53521-2012**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.

/s/     ELIZABETH LANG-MIERS
        JUSTICE